Gordon & Rees LLP
633 West Fifth Street, Suite 5200
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MONTENEGRO,<br><br>            Plaintiff,<br><br>  vs.<br><br>DELTA PIPELINE, INC, a California Corporation; and DOES 1 to 30, inclusive,<br><br>            Defendants. | CASE NO. CV-14-0042 RGK (JEMx)<br><br>Hon. R. Gary Klausner<br><br>**[PROPOSED] JUDGMENT** |

    Defendant Delta Pipeline, Inc.'s ("Delta") Motion for Summary Judgment or, in the alternative, Partial Summary Judgment came on regularly for hearing before this Court on September 22, 2014.

    After considering the briefs, separate statements, evidence, declarations and objections to evidence filed by the parties, and the arguments of counsel, the Court concludes that there are no genuine issues of material fact, and that Delta is entitled to judgment as a matter of law pursuant to Fed.R.Civ.P. Rule 56.

/ / /

1    THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED THAT
2 Defendant Delta's Motion for Summary Judgment is GRANTED and that
3 judgment shall be entered in favor of Defendant Delta against Plaintiff Carlos
4 Montenegro.

6 IT IS SO ORDERED.

9 Dated: October 03, 2014          _____
                                    UNITED STATES DISTRICT JUDGE

Gordon & Rees LLP
633 West Fifth Street, Suite 5200
Los Angeles, CA  90071

1093112/20417741v.1